IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE KEMP,<br>      *Plaintiff,*<br><br>v.<br><br>ALMO CORPORATION,<br>      *Defendant.* | Civil No. 24-2444 |

## ORDER

**AND NOW**, this 21st day of August, 2025, upon consideration of Defendant Almo Corporation's Partial Motion to Dismiss (ECF No. 12) and Plaintiff's Response, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's motion is **GRANTED** as to Count II. Plaintiff's retaliation claim is **DISMISSED** without prejudice.

2. Defendant's motion is **DENIED** as to Count III (constructive discharge).

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to file a Second Amended Complaint on or before September 11, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.